# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Garner Environmental Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Red River Supply, Inc., Kathy Vestal, Michael Crocker, Richard Lahr, and the Lahr Agency, LLC, | ) ) ) | |
| | ) | Case No. 1:14-cv-115 |
| Defendants. | ) | |

Before the court is a motion for attorney Henry L. Solano to appear *pro hac vice* on behalf of Defendants Richard Lahr and the Lahr Agency, LLC. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Henry L. Solano has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 5) is **GRANTED**. Attorney Henry L. Solano is admitted to practice before this court in the above-entitled action on behalf of Defendants Richard Lahr and the Lahr Agency, LLC.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2014.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr.
                                        United States Magistrate Judge